# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Hensel Phelps Construction Co. ) ASBCA No. 60571
)
Under Contract No. N40080-11-C-0154 )

APPEARANCES FOR THE APPELLANT: Todd R. Metz, Esq.
Brian R. Dugdale, Esq.
  Varela, Lee, Metz & Guarino, LLP
  Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT: Ronald J. Borro, Esq.
  Navy Chief Trial Attorney
Ellen M. Evans, Esq.
  Senior Trial Attorney

## ORDER OF DISMISSAL

Appellant's unopposed motion to withdraw the appeal without prejudice, filed prior to the government filing an answer, is granted.

Dated: 17 November 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60571, Appeal of Hensel Phelps Construction Co., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals